B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
**Southern District of Mississippi**

In re: <u>Chris Joseph Dominique</u>                                   Case No. <u>24-51708-KMS</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Bungalow Funding, LLC**
_____
Name of Transferee

**GFMS LLC**
_____
Name of Transferor

Name and Address where notices to Transferee
should be sent:

Court Claim # (if known): **22**
Amount of Claim: $**83,431.33**
Date Claim Filed:  **02/04/2025**

**Valon Mortgage, Inc.**
**14647 S 50th Street**
**Suite A150**
**Phoenix, AZ 85044**
Phone: **855-716-1340**
Last Four Digits of Acct #: **1287**

Phone: **800-365-7107**
Last Four Digits of Acct #:  **1219**

Name and Address where Transferee payments
should be sent (if different from above):

**Valon Mortgage, Inc.**
**14647 S 50th Street,**
**Suite A150,**
**Phoenix, AZ 85044**
Phone: **855-716-1340**
Last Four Digits of Acct #: **1287**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   <u>/s/ Natalie Brown</u>                                           Date:  <u>04/09/2025</u>
        Natalie Brown
        MS State Bar No. 100802
        Rubin Lublin, LLC
        3145 Avalon Ridge Place, Suite 100
        Peachtree Corners, GA 30071
        (877) 813-0992
        nbrown@rlselaw.com
        Attorney for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CERTIFICATE OF SERVICE

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Transfer of Claim Other Than for Security to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Chris Joseph Dominique
11355 S River Rd
Gulfport, MS 39503

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Warren A. Cuntz T1, Jr., Trustee
P. O. Box 3749
Gulfport, MS 39505

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201


Executed on 04/09/2025

By: /s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor