## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Chris Joseph Dominique, Debtor          Case No. 24-51708-KMS
                                                 **CHAPTER 13**

### NOTICE

The undersigned counsel for Debtor has filed papers with the court to approve attorney's compensation.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: May 21, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                         Jennifer A Curry Calvillo (MSBN 104367)
                                         The Rollins Law Firm, PLLC
                                         PO Box 13767
                                         Jackson, MS 39236
                                         601-500-5533
                                         trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Chris Joseph Dominique, Debtor            Case No. 24-51708-KMS
                                                   CHAPTER 13

## SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the debtor, and files this *Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On November 26, 2024, Debtor filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2. The Debtor and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area. T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. The Debtor herein did not provide a retainer.

4. Throughout our representation of the Debtor herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided. The services provided by the firm were reasonable in view of the circumstances of this case.

5. The Court previously approved compensation in the amount of 3,191.86 (Dk #20).

6. The chapter 13 Trustee has disbursed $1,688.75 on this claim as of May 14, 2025.

7. The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $1,544.50 and expenses in the amount of $ 150.57 for a total of $1,695.07. A detailed accounting of which is attached hereto as Exhibit "A".

8. This is the Applicant's Second request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from January 6, 2025 to May 14, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtor to pay said attorneys' fees and expenses. Applicant prays for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>  CHRIS JOSEPH DOMINIQUE | CASE NO: 24-51708-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/21/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 24-51708-KMS |
| CHRIS JOSEPH DOMINIQUE | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 5/21/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                                  EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING        AMERICREDIT FINANCIAL SERVICES  INC DBA    (U)BUNGALOW FUNDING  LLC
NCRS ADDRESS DOWNLOAD                   GM
CASE 24-51708-KMS                       PO BOX 183853
SOUTHERN DISTRICT OF MISSISSIPPI        ARLINGTON  TX 76096-3853
WED MAY 21 9-28-29 PST 2025




                                                   EXCLUDE

GMFS LLC                                US BANKRUPTCY COURT                 AFFIRM  INC
CO MCCALLA RAYMER LEIBERT PIERCE  LLC   DAN M RUSSELL  JR US COURTHOUSE     ATTN BANKRUPTCY
BANKRUPTCY DEPARTMENT                   2012 15TH STREET  SUITE 244         650 CALIFORNIA ST
1544 OLD ALABAMA ROAD                   GULFPORT  MS 39501-2036             SAN FRANCISCO  CA 94108-2716
ROSWELL  GA 30076-2102




AMERICREDIT FINANCIAL SERVICES  INC DBA  AMERICAN EXPRESS NATIONAL BANK     AMEX
GM FINANCIAL                            CO BECKET AND LEE LLP               PO BOX 981535
P O BOX 183853                          PO BOX 3001                         EL PASO  TX 79998-1535
ARLINGTON  TX 76096-3853                MALVERN  PA 19355-0701




BUNGALOW FUNDING  LLC                   CAPITAL ONE                         CHRIS DOMINQUE  II
CO VALON MORTGAGE  INC                  ATTN BANKRUPTCY                     1329 SHARLO DR
14647 S 50TH STREET                     PO BOX 30285                        BATON ROUGE  LA 70820-4549
SUITE A150                              SALT LAKE CITY  UT 84130-0285
PHOENIX  AZ 85044-6464




CITI CARD                               CITIBANK                            CITIBANK NA
PO BOX 790040                           PO BOX 790040                       CITIBANK  NA
ST LOUIS  MO 63179-0040                 ST LOUIS  MO 63179-0040             5800 S CORPORATE PL
                                                                            SIOUX FALLS  SD  57108-5027




COMENITY CAPITAL                        DEPARTMENT OF TREASURY              DILLARDS
ATTN BANKRUPTCY                         INTERNAL REVENUE SERVICE            PO BOX 6497
PO BOX 182125                           P O BOX 7346                        SIOUX FALLS  SD 57117-6497
COLUMBUS  OH 43218-2125                 PHILADELPHIA  PA 19101-7346




GFMS LLC                                GM FINANCIAL                        GMFSSMS
NEWREZ LLC DBA SHELLPOINT MORTGAGE      801 CHERRY ST STE 3600              P O BOX 10826
SERVI                                   FORT WORTH  TX 76102-6855           GREENVILLE  SC 29603-0826
BANKRUPTCY DEPARTMENT
PO BOX 10826
GREENVILLE  SC 29603-0826




INTERNAL REVENUE SERVI                  JPMORGAN CHASE BANK  NA             (P)JEFFERSON CAPITAL SYSTEMS LLC
CO US ATTORNEY                          SBMT CHASE BANK USA  NA             PO BOX 7999
501 EAST COURT ST                       CO NATIONAL BANKRUPTCY SERVICES  LLC  SAINT CLOUD MN 56302-7999
STE 4430                                PO BOX 9013
JACKSON  MS 39201-5025                  ADDISON  TEXAS 75001-9013




JPMCB                                   KAREN A MAXCY  ESQ                  LOUISIANA DEPARTMENT OF REVENUE
MAILCODE LA47100                        MCCALLA RAYMER LEIBERT PIERCE  LLC  PO BOX 66658
700 KANSAS LANE                         ATTY FOR CMFS LLC                   BATON ROUGE  LA 70896-6658
MONROE  LA 71203-4774                   1544 OLD ALABAMA ROAD
                                        ROSWELL  GA 30076-2102
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LOUSIANA DEPT OF REVEN<br>617 3RD ST<br>BATON ROUGE LA 70802-5431 | NATALIE KAREDA BROWN ESQ<br>RUBIN LUBLIN LLC<br>ATTY FOR BUNGALOW FUNDING LLC<br>3145 AVALON RIDGE PLACE SUITE 100<br>PEACHTREE CORNERS GA 30071-1570 | ONPATH FEDERAL CU<br>3131 N I10 SERVICE RD<br>METAIRIE LA 70002-6054 |
| ONPATH FEDERAL CREDIT UNION<br>805 ROBIN STREET<br>LAPLACE LA 70068-4903 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| SHEFFIELD FINANCIAL<br>ATTN BANKRUPTCY<br>214 N TRYON ST<br>CHARLOTTE NC 28202-1078 | SHEFFIELD FINANCIAL A DIVISION OF<br>TRUIST BA<br>BANKRUPTCY SECTION100500151<br>PO BOX 1847<br>WILSON NC 27894-1847 | ST TAMMANY HOSPITAL<br>PO BOX 3475<br>TOLEDO OH 43607-0475 |
| SYNCB<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCB<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6 430~~<br>~~JACKSON MS 39201 5022~~ | WELLS FARGO BANK<br>ATTN BANKRUPTCY<br>1 HOME CAMPUS MAC<br>DES MOINES IA 50328-0001 |
| WELLS FARGO BANK NA<br>PO BOX 10438 MAC F823502F<br>DES MOINES IA 50306-0438 | DEBTOR<br>CHRIS JOSEPH DOMINIQUE<br>11355 S RIVER RD<br>GULFPORT MS 39503-5408 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236 3767~~ |
| EXCLUDE<br>~~(P)WARREN A CUNTZ T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505 3749~~ | | |