

# INVOICE

Invoice # 7908
Date: 05/14/2025
Due On: 06/13/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Chris Joseph Dominique

## 05618-Dominique Chris Joseph

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 01/06/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/06/2025 | Reviewed current invoice and completed Lodestar Analysis. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/06/2025 | Drafted 1st Application for Compensation utilizing Lodestar Analysis and billing summary; drafted Notice, Affidavit, and proposed Order. | 0.30 | $0.00 | $0.00 |
| Service | JC | 01/06/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A, proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/06/2025 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/06/2025 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/06/2025 | Review: Proof of Claim 24-51708-KMS JPMorgan Chase Bank, N.A. Document # 4 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/06/2025 | Review: Proof of Claim 24-51708-KMS Louisiana Department of Revenue Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | JC | 01/07/2025 | Call Debtor: Reviewed debtor's 2023 tax he submitted; LA State is included; reviewed LA DOR POC; | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | called debtor, left voicemail, drafted text message inquiring if he has filed 2023 LA State tax. | | | |
| Service | JC | 01/07/2025 | Contact Debtor (Text/Email): Reviewed several text messages from debtor informing he filed his 2023 LA State tax but it was returned as it was missing a page, that his wife has trying contacting LA DOR, and inquiring how to handle; drafted reply requesting he e-mail me a signed copy to send to the filer of the POC, and that he also mail it in. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/07/2025 | Review: Proof of Claim 24-51708-KMS American Express National Bank Document # 6 | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/07/2025 | Reviewed LA POC to obtain e-mail address of filer; reviewed e-mail from debtor submitting signed 2023 LA State return; drafted e-mail to G. Pugh attaching tax return and POC and requesting tax be filed and POC be amended; organized tax and POC in case file. | 0.30 | $155.00 | $46.50 |
| Service | KAR | 01/07/2025 | Drafted email to Mikki with debtor's trustee's office providing bank statements for the bank accounts recently opened by the debtor | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/08/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $0.00 | $0.00 |
| Service | KAR | 01/08/2025 | Review email from debtor: Reviewed email from debtor asking what the Meeting of Creditors would consist of and when he would receive the meeting link; drafted email to debtor informing him that the meeting consists of mostly yes and no questions going over the information he submitted to us so it should be all stuff that he knows and that the attorney will be on the call to assist him if there is any confusion - also provided debtor with meeting id and passcode for | 0.20 | $100.00 | $20.00 |
| Service | JC | 01/09/2025 | Contact Debtor (Text/Email): | 0.20 | $155.00 | $31.00 |

Invoice # 7908 - 05/14/2025

|         |     |            |                                                                                                                                                                                                                                                                                                   |      |          |          |
|---------|-----|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|         |     |            | Reviewed e-mail from NFS showing timeline of how they tried filing taxes; reviewed numerous e-mails between NFS and LA DOR regarding tax return - debtors are resubmitting; drafted e-mail to debtor requesting he e-mail me directly with information relevant to his BK instead of me receiving 3rd party e-mails. |      |          |          |
| Service | JC  | 01/09/2025 | Reviewed e-mail from IRS requesting copy of IRS tax transcript showing when 2023 AGI was accepted; drafted e-mail to debtor requesting same.                                                                                                                                                      | 0.10 | $155.00  | $15.50   |
| Service | BB  | 01/09/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow.                                                                    | 0.10 | $100.00  | $10.00   |
| Service | JC  | 01/10/2025 | Reviewed e-mail from debtor inquiring if OnPath had filed a claim for the VW, informing he is still making payments to preserve the warranty and that the credit bureau is not reporting properly; reviewed plan; reviewed creditor matrix; reviewed trustee's site for OnPath claim; reviewed claims; OnPath and the VW are listed in the bankruptcy but no POC has been filed yet; drafted e-mail to debtor informing no POC has been filed and that I will need to check with the attorney regarding the payments they are making; informed him that the credit bureau will not be accurate while he is in bankruptcy; drafted e-mail memo to TR regarding same, attaching plan and informing no POC has been filed. | 0.50 | $155.00 | $77.50 |
| Service | JC  | 01/10/2025 | Reviewed tax transcript submitted by debtor; drafted email to G. Pugh with IRS submitting same.                                                                                                                                                                                                   | 0.10 | $155.00  | $15.50   |
| Service | JC  | 01/10/2025 | Incoming Call: Telephone call from debtor inquiring if OnPath had filed a POC; informed him that I sent a reply e-mail, that they have not filed one yet, but that there is still time; discussed how the MOC works.                                                                              | 0.10 | $0.00    | $0.00    |
| Service | JAC | 01/10/2025 | Ch 13 Meeting of Creditors Warren A.                                                                                                                                                                                                                                                              | 0.30 | $360.00  | $108.00  |

Invoice # 7908 - 05/14/2025

| | | | Cuntz T1 Jr. | | | |
|---|---|---|---|---|---|---|
| Service | BB | 01/13/2025 | Reviewed voicemail from debtor requesting a call back. Forwarded voicemail to KAR. | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/13/2025 | Contact Debtor (Text/Email): Reviewed chat memo from JAC informing debtors do not need to pay OnPath as it is in the BK; drafted e-mail to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/13/2025 | Review: Proof of Claim 24-51708-KMS Louisiana Department of Revenue Document # Amended 5 | 0.20 | $0.00 | $0.00 |
| Service | JC | 01/14/2025 | Call Debtor: Reviewed e-mail memo from CO regarding phone call from debtor inquiring why son is receiving filings from BK and he has not; reviewed creditor matrix; called debtor, left voicemail, drafted text message informing that everyone listed on the matrix receives copies of filings, and that he probably has just not received his copy yet; also informed that TR is out of town today, and I am not sure what he wanted regarding daughter's Jetta. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/15/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing what he meant was that his son received a breakdown of his billing; drafted reply informing every creditor received the same; he also included a copy of the voicemail he received a copy of the voicemail from TR; reviewed TR's calendar; drafted reply informing him to try him back today between 11:30 and 12:00; drafted e-mail memo to TR informing same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/15/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor informing he wasn't able to call TR today; drafted e-mail to TR inquiring if he needed a phone conference; drafted text message to debtor informing I will ask TR if he needs to schedule a conference. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-51708-KMS OnPath Federal CU Document # 8 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-51708-KMS OnPath Federal CU Document # 7 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-51708-KMS Resurgent Receivables, LLC Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/21/2025 | Review: Proof of Claim 24-51708-KMS OnPath Federal CU Document # 9 | 0.20 | $0.00 | $0.00 |
| Service | JC | 01/22/2025 | Called OnPath regarding amending POC; was routed through several people and place on hold; finally spoke with Anitra; she said that she only has an electronic title, that she will order the title right now, that it will take 2-3 weeks to receive, and then she will file; she said she sees the deadline is 02/13 but should be able to get it amended by then; drafted e-mail memo to JAC informing same. | 0.70 | $155.00 | $108.50 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 24-51708-KMS Jefferson Capital Systems LLC Document # 14 | 0.10 | $155.00 | $15.50 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 24-51708-KMS Jefferson Capital Systems LLC Document # 13 | 0.10 | $0.00 | $0.00 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 24-51708-KMS Jefferson Capital Systems LLC Document # 15 | 0.10 | $155.00 | $15.50 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 24-51708-KMS Jefferson Capital Systems LLC Document # 12 | 0.10 | $0.00 | $0.00 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 24-51708-KMS Jefferson Capital Systems LLC Document # 11 | 0.10 | $155.00 | $15.50 |
| Service | BM | 01/28/2025 | Review: Proof of Claim 24-51708-KMS Quantum3 Group LLC as agent for Document # 16 | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/30/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor providing screenshot of paystub and informing he has returned to his previous employer; drafted reply informing KAR will notify the trustee and inquiring how often he gets paid. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/31/2025 | Contact Debtor (Text/Email): | 0.30 | $155.00 | $46.50 |

Invoice # 7908 - 05/14/2025

|  |  |  |  | Reviewed e-mail from debtor inquiring when the trustee will start disbursing funds to creditors; he informed that he sent a certified letter to OnPath FCU regarding incorrect reporting on his daughter who is not on the loan and that she is still paying the loan so it does not affect her credit score; reviewed notice case notes; confirmation hearing is Feb. 13th; TR informed the debtor the debtor to dispute the OnPath FCU reporting as it pertains to his daughter with the credit bureau and if necessary, we will file suit if no change; TR advised that daughter continue to pay the loan until the loan is removed from daughter's credit; drafted reply e-mail to debtor informing the trustee will begin disbursing funds after his plan is confirmed, that the confirmation hearing is 02/13/25, and that creditors who have been involved with bankruptcy before understand the process; requested that he let us know if he gets no response after a reasonable time to his letter sent to OnPath, and informed that according to TR's notes, that daughter should continue to pay until the loan is removed from her credit. |  |  |  |
|---|---|---|---|---|---|---|---|
| Service | JC | 01/31/2025 | Reviewed e-mail from debtor informing he is paid weekly; organized pay stub in case file. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 01/31/2025 | Review email from debtor: Reviewed email from debtor stating that he has returned to his previous employer and is being paid weekly; reviewed debtor's file for name, address, and job title; drafted email to debtor's trustee's office to inform them of his employment change | 0.20 | $100.00 | $20.00 |
| Service | BM | 01/31/2025 | Review: Proof of Claim 24-51708-KMS OnPath Federal CU Document # Amended 9 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/01/2025 | Review: Proof of Claim 24-51708-KMS OnPath Federal CU Document # Amended 9 | 0.20 | $0.00 | $0.00 |
| Service | JAC | 02/04/2025 | Review: Proof of Claim 24-51708-KMS Sheffield Financial, a division of Truist Bank Document # 17 | 0.10 | $360.00 | $36.00 |

Invoice # 7908 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 02/04/2025 | Review: Proof of Claim 24-51708-KMS Citibank N.A. Document # 20 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/04/2025 | Review: Proof of Claim 24-51708-KMS Citibank N.A. Document # 18 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/04/2025 | Review: Proof of Claim 24-51708-KMS Citibank N.A. Document # 19 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/04/2025 | Review: Proof of Claim 24-51708-KMS Citibank N.A. Document # 21 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/04/2025 | Review: 24-51708-KMS Order on Application for Compensation Document# 20 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/05/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JC | 02/05/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor regarding GM Financial POC and vehicle being son's vehicle; reviewed POC, reviewed Plan, reviewed trustee's site; drafted e-mail memo to TR attaching plan and POC for his review and explaining debtor's question; drafted e-mail to debtor informing I will review and get back with him. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 02/06/2025 | Review: 24-51708-KMS Order Upon Employer Directing Deductions from Pay Document# 22 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/06/2025 | Review: Proof of Claim 24-51708-KMS GFMS LLC Document # 22 | 0.20 | $360.00 | $72.00 |
| Service | JC | 02/11/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if I had heard back on GM Financial and inquiring about mortgage company charging attorney's fees and trustee not disbursing funds; reviewed e-mail memo from TR informing GM filed the POC but since he is surrendering, no funds will be disbursed but son must continue to pay to avoid repossession; reviewed docket - plan not confirmed; drafted reply informing debtor that when you | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | file bankruptcy, your bankruptcy plan must be confirmed before the attorney starts disbursing funds. Your plan has not yet been confirmed so no funds have been disbursed. No objections were filed to your confirmation, so the plan should be confirmed soon. Any creditors that have been involved in bankruptcy are aware of that process. As far as the attorney fees from the mortgage company, most mortgage companies charge fees for anything they have to do relating to bankruptcy, beginning with filing a Proof of Claim. That is not unusual at all. | | | |
| Service | JC | 02/11/2025 | Telephone call from debtor informing he received a wage order in the mail and he is supposed to be direct pay; he informed that he only changed jobs; I informed him that when he told me he changed jobs, that we informed the trustee's office, and they issued the wage order; he said that it was his preference that he pay direct and he wanted his BK confidential; I told him that I was actually surprised that Trustee Cuntz was allowing direct pay; I told him that I would get a Motion to Pay Direct filed with the Court and that it would take about a month for the Court to enter its Order; he said that he would talk to his employer about not withholding; discussed that it is a Court Order and that it would be up to the employer as to whether they followed the Order or not; debtor called again and said that his employer requested that I e-mail and tell her not to follow the wage order; I informed him that I did not have the authority to do that, that I had to go through the Court; telephone call from Laura with the trustee's office informing debtor had called her, and that while they do not like direct pay from employed debtors, he has paid well through TFS; she said that they do not require that a motion be filed, only that I email her and request that the wage order be released; drafted e-mail to Laura requesting she release the wage order; drafted text message to debtor informing I requested the wage order be release per the trustee's request. | 0.70 | $0.00 | $0.00 |

Invoice # 7908 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Debtor said he should not be charged for this since he was paying direct to being with and should not have been issued a wage order. | | | |
| Service | JC | 02/11/2025 | Call Debtor: Reviewed e-mail from trustee's office informing she did not realize their policy had changed and I do need to file a Motion to Pay Direct; called debtor and discussed same.<br><br>**debtor informed that he should not be charged for the Motion since he was paying direct to begin with. | 0.20 | $0.00 | $0.00 |
| Service | JAC | 02/12/2025 | Review: 24-51708-KMS Order Confirming Chapter 13 Plan Document# 25 | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Draft Notice, Motion & Order: Drafted Motion, Notice and Proposed Order to Pay Direct | 0.20 | $0.00 | $0.00 |
| Service | KR | 02/12/2025 | Drafted email memo to TR re: review Motion to Pay Direct | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/13/2025 | Review and approve Motion to pay direct drafted by JC | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/13/2025 | Reviewed email memo from TR re: Motion to Pay Direct | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/13/2025 | Prepared the Notice and the Motion to Pay Direct for upload to Certificate of Service | 0.10 | $0.00 | $0.00 |
| Service | KR | 02/13/2025 | Reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Pay Direct, the Proposed Order and the 30 day Notice with the Declaration of Mailing attached for upload to the court | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/13/2025 | Reviewed text message from debtor inquiring if Motion to Pay Direct had been filed; reviewed docket; drafted reply text message informing it was filed yesterday and the Court will enter its Order after March 17th and that I would e-mail him a copy of the Motion; drafted e-mail to debtor attaching a copy of the Motion. | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/19/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor forwarding e-mail from his mortgage | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | company informing starting March 1, 2025, the servicing of your loan will transition from GMFS Mortgage LLC (serviced by Shellpoint) to Valon Mortgage Inc..; drafted reply informing him if his mortgage is included in his bankruptcy, the trustee will also receive notice. | | | |
| Service | JAC | 03/21/2025 | Review: 24-51708-KMS Order on Motion to Waive Pay Order Document# 31 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/24/2025 | Review: 24-51708-KMS Order Upon Debtor Directing Payments to Trustee Document# 34 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/24/2025 | Review: 24-51708-KMS Release of Wages Document# 33 | 0.10 | $0.00 | $0.00 |
| Service | VM | 03/25/2025 | Reviewed Best Case and gathered the filed Payment order. Drafted email to debtor including their direct payment order and TFS directions informing them of when their first payment is due. | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/07/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if we need anything from him and inquiring how to proceed with legal action against OnPath FCU for continuing to report his daughter as a co-signor on the VW Jetta; drafted reply to debtor informing we do not need anything and that I will check with TR regarding the legal action; drafted memo to TR regarding legal action. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/09/2025 | Reviewed e-mail from TR inquiring if our office sent the certified mail to OnPath or if the debtor did, and inquiring if we have copies of the loan documents and daughter's credit report; drafted reply informing the debtor sent the certified mail to OnPath and that I will obtain copies of the other documents. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/09/2025 | Contact Debtor (Text/Email): Drafted e-mail to debtor requesting copies of certified mail sent to OnPath along with copies of the loan documents and daughter's credit report. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/15/2025 | Reviewed loan document, letters, | 0.40 | $155.00 | $62.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | certified mail receipts, and credit bureau activity sheets submitted via e-mail by debtor; organized in case file; drafted memo to TR attaching same for his review. | | | |
| Service | JC | 04/16/2025 | Call Debtor: Reviewed memo from TR requesting I schedule a telephone conference for him to speak with debtor and daughter at same time; called debtor, phone kept cutting off, drafted text message to debtor requesting he call to schedule appt. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/16/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if he can open a Roth IRA for retirement; drafted memo to TR inquiring same; drafted reply to debtor informing I will let him know. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/18/2025 | Call Debtor: Called debtor, no voicemail, drafted text message to debtor requesting he call to schedule appointment. | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/18/2025 | Incoming Call: Telephone conference with debtor; scheduled appointment time to speak with TC about the Jetta | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/18/2025 | Contact Debtor (Text/Email): Reviewed memo from TR informing Roth IRA is fine to open; drafted e-mail to debtor informing same. | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/25/2025 | Incoming Call: Phone conference with debtor stating the incoming calls from the attorney keep dropping. Transferred to TR. | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/12/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | JC | 05/14/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/14/2025 | Reviewed 1st Application, Order, and Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation. | 0.30 | $155.00 | $46.50 |
| | | | | **Services Subtotal** | | **$1,544.50** |

Invoice # 7908 - 05/14/2025

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/07/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $58.28 | $58.28 |
| Expense | 02/13/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $34.32 | $34.32 |
| Expense | 05/14/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $57.97 | $57.97 |
| | | | | **Expenses Subtotal** | **$150.57** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.4 | $360.00 | $504.00 |
| Jennifer Curry Calvillo | Attorney | 1.7 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | Non-Attorney | 5.1 | $155.00 | $790.50 |
| Jacki Curry | Non-Attorney | 2.2 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | Non-Attorney | 0.3 | $155.00 | $46.50 |
| Breanne McDaniel | Non-Attorney | 0.4 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kirsten Raimey | Non-Attorney | 0.5 | $100.00 | $50.00 |
| Kerri Rodabough | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Kerri Rodabough | Non-Attorney | 0.6 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,695.07** |
| | | | **Total** | **$1,695.07** |

# Detailed Statement of Account

**Other Invoices**

Invoice # 7908 - 05/14/2025

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7411 | 02/05/2025 | $3,191.86 | $0.00 | $3,191.86 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7908 | 06/13/2025 | $1,695.07 | $0.00 | $1,695.07 |

| | | | **Outstanding Balance** | **$4,886.93** |
|---|---|---|---|---|
| | | | **Total Amount Outstanding** | **$4,886.93** |

5/14/25, 1:29 PM                                          Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `6`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   `31`   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

```
         By clicking on the 'Get Estimate' button below,
you (hereafter "User") agree to the following terms and
conditions. This quote is for estimation purposes and is not a
guarantee of cost for services. Quote is based on current
information from User about the mailing project requirements. It
does not constitute a review by BK Attorney Services, LLC for
pricing on the actual cost of mailing a particular project. Many
factors may or may not be known at the time of obtaining the
estimate.  Changes in addresses, changes in documents,
international mail costs and other factors all influence the
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 93 |  |
| Date and Time: | Wed May 14 2025 13:29:11 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 186 |  |
| Sheets Per Envelope | 3 |  |
| First Class Postage Rate | $ 0.73 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 35.34 |
| Postage Cost: | $ | 22.63 |
| Total Cost: | $ | 57.97 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED