UNITED STATES BANKRUPTCY COURT

US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS

2025 JUN -9 PM 12: 04

In re: Chris Joseph Dominique

Case No. 24-51708
Chapter 13

Debtor(s) /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ___  CREDITOR: __X__

Please print the following information:

NAME: Bungalow Funding, LLC

OLD MAILING ADDRESS: c/o Valon Mortgage, Inc.

14647 S 50th St A-150

Phoenix AZ 85044

NEW MAILING ADDRESS: c/o Valon Mortgage Inc

**P.O. Box 660043**

**Dallas, TX 75266-0043**

DATED: 6/4/25

Signature of Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER:

**All future notices shall be sent to the new mailing address**