Valon Mortgage, Inc.
P.O. Box 660043
Dallas, TX 75266-0043

US Bankruptcy Court
Southern District of Mississippi
RECEIVED
JUN -9 2025
Danny L. Miller, Clerk of Court
By: _____ Deputy Clerk



UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi
501 East Court Street
Jackson, MS 39201



