| Fill in this information to identify the case: |  |
|---|---|
| Debtor 1 | Chris Joseph Dominique |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Mississippi <br> State |
| Case number | 24-51708-KMS |

Official Form 410S1

# Notice of Mortgage Payment Change 12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Bungalow Funding, LLC       **Court claim no. (if known):** 22

**Last 4 digits** of any number you use to identify the debtor's account: **3070**

**Date of payment change:**
Must be at least 21 days after date of this notice       **01/01/2026**

**New total payment:**
Principal, interest, and escrow, if any       **$ 838.79**
*For HELOC payment amounts, see Part 3*

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 355.39       **New escrow payment:** $ 319.26

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %       **New interest rate:** _____ %
   **Current principal and interest payment:** $ _____       **New principal and interest payment:** $ _____

| Debtor 1 | Chris Joseph Dominique | Case number (if known) 24-51708-KMS |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☒ No
   ☐ Yes.

   | Current HELOC payment: | $ _____ |
   | Reconciliation amount: | + $ _____ or |
   | | - $ _____ |
   | Amount of next payment (including reconciliation amount) | $ _____ |
   | Amount of the new payment thereafter (without reconciliation amount) | $ _____ |

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   | Current mortgage payment: | $ _____ | New mortgage payment: | $ _____ |

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| Signature | ✗ /s/ Natalie Brown | Date | 12/10/25 |
| Print: | Natalie Brown, Attorney for Valon Mortgage, Inc. as Attorney-in-Fact for Bungalow Funding, LLC | Title | Attorney for Creditor |
| | First Name  Middle Name  Last Name | | |
| Company | Rubin Lublin, LLC | | |
| Address | 3145 Avalon Ridge Place, Suite 100 | | |
| | Number  Street | | |
| | Peachtree Corners, GA 30071 | | |
| | City  State  ZIP Code | | |
| Contact phone | (877) 813-0992 | Email | nbrown@rlselaw.com |

Official Form 410S1                       Notice of Mortgage Payment Change                       Page **2**

**Valon**

Toll-free: 855-218-3690 (Monday–Friday, 9AM–8PM ET) | bankruptcy@valon.com | www.valon.com

**Chris Joseph Dominique**

PO BOX 13767
JACKSON, MS 39236

| | |
|---|---|
| Loan Number | ▮▮▮▮▮▮▮▮ |
| Disclosure Date | 11/25/2025 |
| Borrowers | Chris Joseph Dominique |

## Bankruptcy Message

OUR RECORDS REFLECT THAT THE LOAN HAS BEEN IMPACTED BY A BANKRUPTCY FILING. THIS NOTICE IS BEING SENT FOR COMPLIANCE AND INFORMATIONAL PURPOSES. IF YOU ARE IN AN ACTIVE BANKRUPTCY CASE, YOU ARE PROTECTED BY THE AUTOMATIC STAY AND THE INFORMATION CONTAINED IN THIS NOTICE IS NOT AN ATTEMPT TO COLLECT A DEBT FROM YOU. IF YOU RECEIVED A DISCHARGE IN A BANKRUPTCY, ANY PAYMENTS MADE BY YOU, ON THE LOAN, ARE VOLUNTARY. AFTER A BANKRUPTCY DISCHARGE IMPACTING THE LOAN, ANY INTEREST IS LIMITED TO THE PROPERTY ONLY, AND NOT YOU PERSONALLY. THE INFORMATION CONTAINED IN THIS COMMUNICATION IS NOT AN ATTEMPT TO REVIVE PERSONAL LIABILITY ON A DISCHARGED DEBT OR TO COLLECT A DEBT FROM YOU PERSONALLY.

IF YOU HAVE AN ACTIVE CHAPTER 13 BANKRUPTCY PLAN WHICH REQUIRES YOU MAKE PAYMENTS DIRECTLY TO THE TRUSTEE, DO NOT SEND THE PAYMENTS TO VALON. PLEASE SEND THE PAYMENTS TO THE TRUSTEE, IN ACCORDANCE WITH YOUR BANKRUPTCY PLAN. SHOULD YOU HAVE QUESTIONS, PLEASE CONTACT YOUR BANKRUPTCY ATTORNEY OR THE TRUSTEE. IF YOU WANT TO STOP RECEIVING STATEMENTS, PLEASE CONTACT US.

# Escrow Analysis and Payment Update

## Why am I receiving this statement?

We've performed a review of the escrow account. Money is deposited into the escrow account through a monthly escrow payment, and we use that money to pay yearly property tax and insurance costs.

Property tax and insurance bills can change over time, which will impact the amount that needs to be contributed to the escrow account. To calculate the monthly escrow payment, we estimate how much taxes and/or insurance are owed over the next year, and then make sure that the payment will cover the required amount.

## Payment Updates

**The new monthly mortgage payment, starting January 1, 2026:**

|  | Current Payment | Payment on Jan 2026 | Payment Starting Feb 2026 |
|---|---|---|---|
| Principal & Interest | $519.53 | $519.53 | $519.53 |
| Escrow Payment | $355.39 | $319.26 | $351.71 |
| **Total monthly payment amount** | **$874.92** | **$838.79** | **$871.24** |

**$871.24**

Updated Monthly Payment Amount

**Here is what we found:**

**$32.45**

Surplus Amount

- Taxes and/or insurance costs have changed, and we project that the escrow account will go above the minimum balance required in Aug 2026 by $32.45.
- Because this surplus is less than $50, we will **lower your January 1, 2026 escrow payment by the surplus amount** unless you request that it instead be refunded by check before December 11, 2025.
- Following the one-time decrease, the monthly escrow payment has changed from $355.39 to $351.71 because of a change in taxes and/or insurance costs.
- See the next page for a detailed look at how we calculated the new monthly payment.

## How was the new monthly escrow payment calculated?

**① We project escrow disbursements for the next 12 months**

To calculate escrow disbursements, we've added together the projected tax and insurance costs that need to be paid over the next 12 months. A change to the escrow payment is generally the result of rate changes determined by tax authorities and insurance providers.

| Escrow disbursements | Previous year projection<br>Not serviced by Valon | Next year projection<br>Jan 2026 to Dec 2026 | Difference |
|---|---|---|---|
| PMI | N/A* | $406.08 | N/A |
| Property Insurance | N/A* | $2,125.00 | N/A |
| Flood Insurance | N/A* | $1,263.00 | N/A |
| County Taxes | N/A* | $426.44 | N/A |
| **Total disbursements** | N/A* | $4,220.52 | N/A |
| Total disbursements split by 12 months | N/A* | $351.71 | N/A |

*To learn more about the escrow account activity before the transfer, please review the previous servicer's most recent escrow statement or contact them directly.

**② We calculate whether there will be any projected shortage or surplus in the account**

To determine whether the account will have a shortage or surplus, we look at the lowest projected balance the escrow account will reach in the upcoming year and see if that amount is greater or less than the minimum balance required to be in the account. Generally, the escrow account always needs a cash reserve equal to at least 2 monthly escrow payments. We then subtract the minimum balance required from the lowest projected balance. A positive amount is a surplus, while a negative amount is a shortage.

| | | |
|---|---|---|
| Lowest Projected Escrow Balance (Aug 2026)<br>The date the escrow account is scheduled to reach its lowest projected balance | | $735.87 |
| Minimum Balance Required<br>Equal to 2 monthly escrow payments, and must always remain in the account as a cash reserve | — | $703.42 |
| **Total annual surplus** | = | $32.45 |

**③ We then divide the projected escrow disbursements by 12. Because the surplus is less than $50.00, we address it by lowering the next escrow payment by the surplus amount.**

| One-time decreased escrow payment on Jan 2026 | New escrow payment starting Feb 2026 |
|---|---|
| **$319.26** | **$351.71** |
| $351.71 ($4,220.52 split by 12 months)<br>- $32.45 (surplus one-time payment deduction) | $351.71 ($4,220.52 split by 12 months) |

# Detailed Account Projections and History

## Escrow Account Projections from Jan 2026 to Dec 2026

The amounts highlighted in the boxes below indicate the month with the lowest projected escrow balance and minimum required balance.

| Month | Payments to Escrow | Payments from Escrow | Description | Projected Balance | Required Balance |
|---|---|---|---|---|---|
| | | | Starting Balance | $1,580.91 | - |
| Jan 2026 | $351.71 | $33.84 | PMI | $1,898.78 | $1,866.33 |
| Feb 2026 | $351.71 | $33.84 | PMI | $2,216.65 | $2,184.20 |
| Mar 2026 | $351.71 | $33.84 | PMI | $2,534.52 | $2,502.07 |
| Apr 2026 | $351.71 | $33.84 | PMI | $2,852.39 | $2,819.94 |
| May 2026 | $351.71 | $33.84 | PMI | $3,170.26 | $3,137.81 |
| Jun 2026 | $351.71 | $33.84 | PMI | $3,488.13 | $3,455.68 |
| Jul 2026 | $351.71 | $33.84 | PMI | $3,806.00 | $3,773.55 |
| Aug 2026 | $351.71 | $3,421.84 | PMI, Property Insurance, Flood Insurance | $735.87 | $703.42 |
| Sep 2026 | $351.71 | $33.84 | PMI | $1,053.74 | $1,021.29 |
| Oct 2026 | $351.71 | $33.84 | PMI | $1,371.61 | $1,339.16 |
| Nov 2026 | $351.71 | $33.84 | PMI | $1,689.48 | $1,657.03 |
| Dec 2026 | $351.71 | $460.28 | County Taxes, PMI | $1,580.91 | $1,548.46 |
| Total | $4,220.52 | $4,220.52 | | | |

## Escrow Account Activity from 03/01/2025 to 11/25/2025

| | Deposits to Escrow | | Payments from Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Month | Projected* | Actual | Projected* | Actual | Description | Projected* | Actual |
| Mar 2025 | N/A* | $355.39 | N/A* | $0.00 | Loan Transferred to Valon | N/A* | $2,535.24 |
| Apr 2025 | N/A* | $355.39 | N/A* | $67.68 | PMI, PMI | N/A* | $2,822.95 |
| May 2025 | N/A* | $355.39 | N/A* | $33.84 | PMI | N/A* | $3,144.50 |
| Jun 2025 | N/A* | $355.39 | N/A* | $33.84 | PMI | N/A* | $3,466.05 |
| Jul 2025 | N/A* | $355.39 | N/A* | $2,158.84 | PMI, Property Insurance | N/A* | $1,662.60 |
| Aug 2025 | N/A* | $355.39 | N/A* | $1,296.84 | Flood Insurance, PMI | N/A* | $721.15 |
| Sep 2025 | N/A* | $355.39 | N/A* | $33.84 | PMI | N/A* | $1,042.70 |
| Oct 2025 | N/A* | $355.39 | N/A* | $33.84 | PMI | N/A* | $1,364.25 |
| 11/01/25-11/25/25 | N/A* | $0.00 | N/A* | $33.84 | PMI | N/A* | $1,330.41 |
| 11/25/25-11/30/25 ∆ | $355.39 | - | $0.00 | - | - | $1,685.80 | - |
| Dec 2025 ∆ | $355.39 | - | $460.28 | - | County Taxes, PMI | $1,580.91 | - |
| Total | $2,843.12 | | $3,692.56 | | | | |

*To learn more about the escrow account activity before the transfer, please review the previous servicer's most recent escrow statement or contact them directly.

∆ These are escrow deposit or disbursement estimates that we expect to occur before the effective date of the new monthly escrow payment.

## Important Disclosure Information

Principal Balance as of March 01, 2025: $84,377.90
Principal Balance as of November 25, 2025: $83,369.40
Total amount paid towards your loan's principal balance during this period: $1,008.50

Valon Mortgage, Inc. is a residential mortgage servicer  Copyright © 2025 Valon Mortgage, Inc.

### Legal Notices

If you are in an active bankruptcy case, you are protected by the automatic stay and the information contained in this notice is not an attempt to collect a debt from you. If you received a discharge in a bankruptcy, any payments made by you, on the loan, are voluntary. After a bankruptcy discharge impacting the loan, any interest is limited to the property only, and not you personally. The information contained in this communication is not an attempt to revive personal liability on a discharged debt or to collect a debt from you personally.

To submit a Notice of Error or Request for Information concerning your account, please send a letter to the following address that includes: the name(s) on the account, the loan number (or any other information to help us identify the loan), and the specific information you are requesting or error you believe occurred.

> Valon Mortgage, Inc.
>
> 6300 Riverside Plaza Ln NW Ste 118 PMB 464190
>
> Albuquerque, NM 87120

Questions? Visit our escrow help center at

## valon.com/escrow

use the link or scan the QR code for resources and FAQs

## CERTIFICATE OF SERVICE

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Chris Joseph Dominique
11355 S River Rd
Gulfport, MS 39503

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Warren A. Cuntz T1, Jr., Trustee
P. O. Box 3749
Gulfport, MS 39505

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201


Executed on 12/10/25

By: /s/ Natalie Brown
Natalie Brown, Attorney for Valon Mortgage, Inc.
as Attorney-in-Fact for Bungalow Funding, LLC

MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com