MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: ______________________ Case No.: 24-51708

Chris Dominique Chapter: 13

*Debtor(s)*

## Notice of Change of Address for Creditor

OnPath Credit Union (Creditor) hereby gives notice of its new address:

**Current Notice Address:**
*(As shown on matrix)*
805 Robin Street
LaPlace, LA 70068

**New Notice Address:**
3131 N I-10 Service Rd E
Ste 400
Metairie, LA 70002

**New Payment Address:**
*(If applicable)*
3131 N I-10 Service Rd E
Ste 400
Metairie, LA 70002

**Proof of Claim Number(s):** 7-1, 8-1 + 9-2
*(If applicable)*

**Reason for Change of Address:**
☐ New Loan Servicer[1]
☑ New Location
☐ Other ______________

Prepared By:
Signature: Betty Wilright
Name: Betty Wilright
Title: Account Resolution Specialists
Phone No: 985.653.1755

Address: OnPath Credit Union
3131 N I-10 Service Rd E
Ste 400
Metairie, LA 70002

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

MSSB-NCAC (4/24)

# Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on ____________________ addressed to:
(Date)

Debtor(s):

___________________________________

___________________________________

___________________________________

___________________________________

___________________________________
Name

___________________________________
Signature